B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>ANA MILAGROS RODRIGUEZ<br>a/k/a ANA MILAGROS MARTE | **DEFENDANTS**<br>NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br><br>JOAN L. BERANBAUM, ESQ.<br>Jocelyn A. Smith, of Counsel<br>DC 37 Municipal Employees Legal Services Plan<br>125 Barclay Street<br>New York, New York 10007 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>x Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>x Creditor   ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

To determine the dischargeability of a student loan(s) pursuant to Section 523(a)(8) of the Bankruptcy Code

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**

☐ 11-Recovery of money/property - §542 turnover of property

☐ 12-Recovery of money/property - §547 preference

☐ 13-Recovery of money/property - §548 fraudulent transfer

☐ 14-Recovery of money/property - other

☐ 21-Validity, priority or extent of lien or other interest in property

**7001(2) – Validity, Priority or Extent of Lien**

**FRBP 7001(3) – Approval of Sale of Property**

☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**

☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(6) – Dischargeability (continued)**

☐ 61-Dischargeability - §523(a)(5), domestic support

☐ 68-Dischargeability - §523(a)(6), willful and malicious injury

X 63-Dischargeability - §523(a)(8), student loan

☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)

☐ 65-Dischargeability - other   **FRBP**

**FRBP 7001(7) – Injunctive Relief**

☐ 71-Injunctive relief – imposition of stay   ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**

☐ 81-Subordination of claim or interest

| FRBP 7001(5) – Revocation of Confirmation | FRBP 7001(9) Declaratory Judgment |
|---|---|
| ☐ 51-Revocation of confirmation | ☐ 91-Declaratory judgment |
| **FRBP 7001(6) – Dischargeability** | **FRBP 7001(10) Determination of Removed Action** |
| ☐ ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims  62-Dischargeability - §523(a)(2), false pretenses, false representation, ☐ 01-Determination of removed claim or cause   actual fraud   Other | |
| ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny   ☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq. | |
| (continued next column) | ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case) |
| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
| ☐ Check if a jury trial is demanded in complaint | Demand $ 1700 |
| Other Relief Sought | |

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>ANA MILAGROS RODRIGUEZ<br>a/k/a ANA MILAGROS MARTE | BANKRUPTCY CASE NO.<br>17-46466-ess | |
| DISTRICT IN WHICH CASE IS PENDING<br>Eastern | DIVISION OFFICE<br>Brooklyn, NY | NAME OF JUDGE<br>The Hon. Elizabeth S. Stong |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

*Jocelyn A. Smith* (signature)

| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
|---|---|
| March 9, 2018 | DC 37 Municipal Employees Legal Services Plan<br>125 Barclay Street<br>New York, New York 10007 |