UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE:

    ANA MILAGROS RODRIGUEZ
    a/k/a ANA MILAGROS MARTE

                          Debtor,

-----------------------------------------------------------------x

ANA MILAGROS RODRIGUEZ
a/k/a ANA MILAGROS MARTE,

                          Plaintiff

        -against-

NEW YORK STATE HIGHER EDUCATION
SERVICES CORPORATION,

                          Defendant

-----------------------------------------------------------------x

Bankruptcy Case No. 17-46466-ess

Adv. Proc. No. 18-01029-ess

**NOTICE OF VOLUNTARY DISMISSAL**

Chapter 7

Judge: Elizabeth S. Stong

       IT IS HEREBY STIPULATED that, whereas the defendant has not served either an answer or a motion for summary judgment, the above captioned action is hereby dismissed, without costs to either party as against the other.

Dated: New York, New York
       March 14, 2018

                                              _/s/ Jocelyn A. Smith_
                                              JOAN L. BERANBAUM, ESQ.
                                              Jocelyn A. Smith, of Counsel
                                              Attorneys for Debtor
                                              DC 37 MUNICIPAL EMPLOYEES LEGAL
                                              SERVICES PLAN
                                              125 Barclay Street
                                              New York, New York 10007
                                              (212) 815-1860

New York State Higher Education
Services Corporation
99 Washington Avenue
Dept 736
Albany, New York 12255

Debra Kramer
Debra Kramer, PLLC
Trustee
98 Cutter Mill Road
Suite 466 South
Great Neck, New York 11021

Office of the United States Trustee
Eastern District of New York
201 Varick Street
Suite 1006
New York, New York 10004