UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE:                                                                          Bankruptcy Case No. 17-46466-ess

                                                                                      Adv. Proc. No. 18-01029-ess

                                                                                      **NOTICE OF VOLUNTARY**
                                                                                      **DISMISSAL**

ANA MILAGROS RODRIGUEZ                                   Chapter 7
a/k/a ANA MILAGROS MARTE
                                                                                      Judge: Elizabeth S. Stong
                                    Debtor,
-------------------------------------------------------------x
ANA MILAGROS RODRIGUEZ
a/k/a ANA MILAGROS MARTE,

                                    Plaintiff

                    -against-

NEW YORK STATE HIGHER EDUCATION
SERVICES CORPORATION,

                                    Defendant
-------------------------------------------------------------x

IT IS HEREBY STIPULATED that, whereas the defendant has not served either an answer or a motion for summary judgment, the above captioned action is hereby dismissed, without costs to either party as against the other.

Dated: New York, New York
           March 14, 2018

                                                                        _____
                                                                        JOAN L. BERANBAUM, ESQ.
                                                                        Jocelyn A. Smith, of Counsel
                                                                        Attorneys for Debtor
                                                                        DC 37 MUNICIPAL EMPLOYEES LEGAL
                                                                        SERVICES PLAN
                                                                        125 Barclay Street
                                                                        New York, New York 10007
                                                                        (212) 815-1860

*The adversary proceeding Ana Milagros Rodriguez, a/k/a Ana Milagros Marte, v. New York State Higher Education Services Corporation, case number 18-01029, is hereby dismissed.*

*It is SO ORDERED.*



Dated: Brooklyn, New York                                              _____
            March 27, 2018                                                       Elizabeth S. Stong
                                                                                          United States Bankruptcy Judge